I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1·20·12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE A. SANCHEZ,<br><br>        Petitioner,<br><br>  vs.<br><br>MATTHEW CATE, Secretary,<br><br>        Respondent. | ) Case No. EDCV 11-1169-RGK(JPR)<br>)<br>) ORDER ACCEPTING FINDINGS<br>) AND RECOMMENDATIONS<br>) OF U.S. MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend and (2) Judgment be entered dismissing this action with prejudice.

DATED: January 20, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE