I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-20-12

DEPUTY CLERK

JS-6 / **ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE A. SANCHEZ,<br><br>        Petitioner,<br><br>  vs.<br><br>MATTHEW CATE, Secretary,<br><br>        Respondent. | Case No. EDCV 11-1169-RGK(JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 20, 2012

_R. GARY KLAUSNER_
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY